UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LUIS GASTON SANCHEZ | CIVIL ACTION |
| VERSUS | |
| U.S. IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL. | NO. 25-00942-BAJ-RLB |

## JUDGMENT

Considering the **Joint Stipulation Of Voluntary Dismissal Without Prejudice (Doc. 12)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 10th day of December, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA